## Motion For Relief Information
### Agreed Order

| Filed By: | Larry E. Robinson | | reed Order Ter | st Petition Arrearge included in PC | $ 7,499.48 |
|---|---|---|---|---|---|
| | 0 | | ngoing Paymer | due on | 7/1/2022 |
| ase Numbe | 21-12675 | | | payments @ | $ 1,560.72 |
| Filing Date: | 9/29/2021 | | A O Payments | due from | |
| | AO Figures | | | payments @ | |
| Payments | $ 7,803.60 | 02/01/22 - | | payments @ | $ - |
| Attorney fe | $ 850.00 | | | | |
| MFR cost | $ 188.00 | | | | |
| Suspense | $ 1,342.12 | $ 7,499.48 | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Cure payment | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $ - | | | | | $ - | $ - |
| | | | | | $ - | | | | | $ - | $ - |
| | | | | | $ - | | | | | $ - | $ - |
| 10/12/21 | $ 875.00 | | | | $ 875.00 | | | | | $ 875.00 | $ 875.00 |
| 10/12/21 | $ 500.00 | | | | $ 1,375.00 | | | | | $ 500.00 | $ 1,375.00 |
| 11/03/21 | $ 250.00 | 10/01/21 | $ 1,560.72 | | $ 64.28 | | | | | $ 250.00 | $ 1,625.00 |
| 11/04/21 | | | | | $ 64.28 | | $ 1,488.39 | | | $ (1,488.39) | $ 136.61 |
| 11/26/21 | $ 1,475.00 | | | | $ 1,539.28 | | | | | $ 1,475.00 | $ 1,611.61 |
| 12/22/21 | $ 585.00 | 11/01/21 | $ 1,560.72 | | $ 563.56 | | | | | $ 585.00 | $ 2,196.61 |
| 12/23/21 | | | | | $ 563.56 | | $ 1,488.39 | | | $ (1,488.39) | $ 708.22 |
| 01/19/22 | $ 1,000.00 | 12/01/21 | $ 1,560.72 | | $ 2.84 | | | | | $ 1,000.00 | $ 1,708.22 |
| 1/20/202 | | | | | $ 2.84 | | $ 1,488.39 | | | $ (1,488.39) | $ 219.83 |
| 03/03/22 | $ 750.00 | | | | $ 752.84 | | | | | $ 750.00 | $ 969.83 |
| 04/06/22 | $ 650.00 | | | | $ 1,402.84 | | | | | $ 650.00 | $ 1,619.83 |
| 04/26/22 | $ 750.00 | 01/01/22 | $ 1,560.72 | | $ 592.12 | | | | | $ 750.00 | $ 2,369.83 |
| 04/27/22 | | | | | $ 592.12 | | $ 1,488.39 | | | $ (1,488.39) | $ 881.44 |
| 05/23/22 | $ 750.00 | | | | $ 1,342.12 | | | | | $ 750.00 | $ 1,631.44 |
| | | AO Entered | | | $ - | | | | | $ - | $ 1,631.44 |
| 06/14/22 | $ 550.00 | | | | $ 550.00 | | | | | $ 550.00 | $ 2,181.44 |
| 06/15/22 | | | | | $ 550.00 | | $ 1,488.39 | | | $ (1,488.39) | $ 693.05 |
| 06/21/22 | $ 200.00 | | | | $ 750.00 | | | | | $ 200.00 | $ 893.05 |
| 07/06/22 | $ 750.00 | | | | $ 1,500.00 | | | | | $ 750.00 | $ 1,643.05 |
| 08/02/22 | $ 700.00 | 07/01/22 | $ 1,560.72 | | $ 639.28 | | | | | $ 700.00 | $ 2,343.05 |
| 08/03/22 | | | | | $ 639.28 | | $ 1,488.39 | | | $ (1,488.39) | $ 854.66 |
| 08/29/22 | $ 750.00 | | | | $ 1,389.28 | | | | | $ 750.00 | $ 1,604.66 |
| 09/23/22 | $ 750.00 | 08/01/22 | $ 1,560.72 | | $ 578.56 | | | | | $ 750.00 | $ 2,354.66 |
| 09/26/22 | | | | | $ 578.56 | | $ 1,473.47 | | | $ (1,473.47) | $ 881.19 |
| 09/27/22 | $ 750.00 | | | | $ 1,328.56 | | | | | $ 750.00 | $ 1,631.19 |
| 10/12/22 | $ 750.00 | 09/01/22 | $ 1,560.72 | | $ 517.84 | | | | | $ 750.00 | $ 2,381.19 |
| 10/13/22 | | | | | $ 517.84 | | $ 1,473.47 | | | $ (1,473.47) | $ 907.72 |
| 10/25/22 | $ 750.00 | | | | $ 1,267.84 | | | | | $ 750.00 | $ 1,657.72 |
| 11/08/22 | $ 750.00 | 10/01/22 | $ 1,529.97 | | $ 487.87 | PCN | | | | $ 750.00 | $ 2,407.72 |
| 11/09/22 | | | | | $ 487.87 | | $ 1,473.47 | | | $ (1,473.47) | $ 934.25 |
| 11/22/22 | $ 750.00 | | | | $ 1,237.87 | | | | | $ 750.00 | $ 1,684.25 |
| 12/06/22 | $ 750.00 | 11/01/22 | $ 1,529.97 | | $ 457.90 | | | | | $ 750.00 | $ 2,434.25 |
| 12/07/22 | | | | | $ 457.90 | | $ 1,473.47 | | | $ (1,473.47) | $ 960.78 |
| 01/04/23 | $ 815.00 | | | | $ 1,272.90 | | | | | $ 815.00 | $ 1,775.78 |
| 01/18/23 | $ 815.00 | 12/01/22 | $ 1,529.97 | | $ 557.93 | | | | | $ 815.00 | $ 2,590.78 |
| 01/19/23 | | | | | $ 557.93 | | $ 1,473.47 | | | $ (1,473.47) | $ 1,117.31 |
| 02/14/23 | $ 815.00 | | | | $ 1,372.93 | | | | | $ 815.00 | $ 1,932.31 |
| 03/14/23 | $ 700.00 | 01/01/23 | $ 1,529.97 | | $ 542.96 | | | | | $ 700.00 | $ 2,632.31 |
| 03/15/23 | | | | | $ 542.96 | | $ 1,473.47 | | | $ (1,473.47) | $ 1,158.84 |
| 04/04/23 | $ 750.00 | | | | $ 1,292.96 | | | | | $ 750.00 | $ 1,908.84 |
| 04/25/23 | $ 750.00 | 02/01/23 | $ 1,529.97 | | $ 512.99 | | | | | $ 750.00 | $ 2,658.84 |
| 04/26/23 | | | | | $ 512.99 | | $ 1,473.47 | | | $ (1,473.47) | $ 1,185.37 |
| 05/23/23 | $ 750.00 | | | | $ 1,262.99 | | | | | $ 750.00 | $ 1,935.37 |
| 06/05/23 | $ 800.00 | 03/01/23 | $ 1,529.97 | | $ 533.02 | | | | | $ 800.00 | $ 2,735.37 |
| 06/06/23 | | | | | $ 533.02 | | $ 1,473.47 | | | $ (1,473.47) | $ 1,261.90 |
| 07/18/23 | $ 500.00 | | | | $ 1,033.02 | | | | | $ 500.00 | $ 1,761.90 |
| 08/15/23 | $ 553.80 | 04/01/23 | $ 1,529.97 | | $ 56.85 | | | | | $ 553.80 | $ 2,315.70 |
| | | | | | $ 56.85 | | | | | $ - | $ 2,315.70 |
| | | | | | $ 56.85 | | | | | $ - | $ 2,315.70 |
| | | | | | $ 56.85 | | | | | $ - | $ 2,315.70 |