### Motion For Relief Information
#### Agreed Order

| Filed By: | Larry E. Robinson | Agreed Order Terms | Post Petition Arrearge included in PO | |
|---|---|---|---|---|
| | 0 | ongoing Payment | due on | 7/1/2022 |
| ase Number | 21-12675 | | payments @ | $ 1,560.72 |
| Filing Date: | 9/29/2021 | A O Payments | due from | |
| AO Figures | | | payments @ | |
| Payments | $ 7,803.60 | 02/01/22 - | payments @ | |
| Attorney fe | $ 850.00 | | | |
| MFR cost | $ 188.00 | | | |
| Suspense | $ 1,342.12 | $ 7,499.48 | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Cure payment | Post Suspense Balance | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied |
|---|---|---|---|---|---|---|---|---|
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| 10/12/21 | $ 875.00 | | | | $ 875.00 | | | |
| 10/12/21 | $ 500.00 | | | | $ 1,375.00 | | | |
| 11/03/21 | $ 250.00 | 10/01/21 | $ 1,560.72 | | $ 64.28 | | | |
| 11/04/21 | | | | | $ 64.28 | $ 1,488.39 | | |
| 11/26/21 | $ 1,475.00 | | | | $ 1,539.28 | | | |
| 12/22/21 | $ 585.00 | 11/01/21 | $ 1,560.72 | | $ 563.56 | | | |
| 12/23/21 | | | | | $ 563.56 | $ 1,488.39 | | |
| 01/19/22 | $ 1,000.00 | 12/01/21 | $ 1,560.72 | | $ 2.84 | | | |
| 1/20/202 | | | | | $ 2.84 | $ 1,488.39 | | |
| 03/03/22 | $ 750.00 | | | | $ 752.84 | | | |
| 04/06/22 | $ 650.00 | | | | $ 1,402.84 | | | |
| 04/26/22 | $ 750.00 | 01/01/22 | $ 1,560.72 | | $ 592.12 | | | |
| 04/27/22 | | | | | $ 592.12 | $ 1,488.39 | | |
| 05/23/22 | $ 750.00 | | | | $ 1,342.12 | | | |
| | | AO Entered | | | $ - | | | |
| 06/14/22 | $ 550.00 | | | | $ 550.00 | | | |
| 06/15/22 | | | | | $ 550.00 | $ 1,488.39 | | |
| 06/21/22 | $ 200.00 | | | | $ 750.00 | | | |
| 07/06/22 | $ 750.00 | | | | $ 1,500.00 | | | |
| 08/02/22 | $ 700.00 | 07/01/22 | $ 1,560.72 | | $ 639.28 | | | |
| 08/03/22 | | | | | $ 639.28 | $ 1,488.39 | | |
| 08/29/22 | $ 750.00 | | | | $ 1,389.28 | | | |
| 09/23/22 | $ 750.00 | 08/01/22 | $ 1,560.72 | | $ 578.56 | | | |
| 09/26/22 | | | | | $ 578.56 | $ 1,473.47 | | |
| 09/27/22 | $ 750.00 | | | | $ 1,328.56 | | | |
| 10/12/22 | $ 750.00 | 09/01/22 | $ 1,560.72 | | $ 517.84 | | | |
| 10/13/22 | | | | | $ 517.84 | $ 1,473.47 | | |
| 10/25/22 | $ 750.00 | | | | $ 1,267.84 | | | |
| 11/08/22 | $ 750.00 | 10/01/22 | $ 1,529.97 | | $ 487.87 | | | |
| 11/09/22 | | | | | $ 487.87 | $ 1,473.47 | | |
| 11/22/22 | $ 750.00 | | | | $ 1,237.87 | | | |
| 12/06/22 | $ 750.00 | 11/01/22 | $ 1,529.97 | | $ 457.90 | | | |
| 12/07/22 | | | | | $ 457.90 | $ 1,473.47 | | |
| 01/04/23 | $ 815.00 | | | | $ 1,272.90 | | | |
| 01/18/23 | $ 815.00 | 12/01/22 | $ 1,529.97 | | $ 557.93 | | | |
| 01/19/23 | | | | | $ 557.93 | $ 1,473.47 | | |
| 02/14/23 | $ 815.00 | | | | $ 1,372.93 | | | |
| 03/14/23 | $ 700.00 | 01/01/23 | $ 1,529.97 | | $ 542.96 | | | |
| 03/15/23 | | | | | $ 542.96 | $ 1,473.47 | | |
| 04/04/23 | $ 750.00 | | | | $ 1,292.96 | | | |
| 04/25/23 | $ 750.00 | 02/01/23 | $ 1,529.97 | | $ 512.99 | | | |
| 04/26/23 | | | | | $ 512.99 | $ 1,473.47 | | |
| | | | | | $ 512.99 | | | |
| | | | | | $ 512.99 | | | |
| | | | | | $ 512.99 | | | |
| | | | | | $ 512.99 | | | |

# Cassondra Emanuel

| | |
|---|---|
| From: | Cassondra Emanuel |
| Sent: | Monday, January 30, 2023 9:01 AM |
| To: | Michael D. Sayles, Esq. |
| Cc: | Andrew Spivack |
| Subject: | RE: BK Case #21-12675-amc / Larry E. Robinson / Notice of Default |
| Attachments: | Robinson_BK Payment History.pdf |
| | |
| Importance: | High |

Good morning,

The client has confirmed the loan is post due for 1/1/2023. We will withdraw the COD.

Thank you,


Cassondra Emanuel
Legal Assistant
Bankruptcy
844-856-6646

Any escalation requests please send to Bankruptcy.Management@brockandscott.com

---

**From:** Michael D. Sayles, Esq. <midusa1@comcast.net>
**Sent:** Tuesday, January 24, 2023 9:53 AM
**To:** Andrew Spivack <Andrew.Spivack@brockandscott.com>
**Cc:** Cassondra Emanuel <Cassondra.Emanuel@brockandscott.com>
**Subject:** FW: BK Case #21-12675-amc / Larry E. Robinson / Notice of Default

Andrew-

Attached, please find a payment of the Debtor to Mr. Cooper for the months of July 2022 thru Jan. 2023. Please advise.

Yours,
Mike Sayles

---

**From:** Michael D. Sayles, Esq. <midusa1@comcast.net>
**Sent:** Tuesday, January 3, 2023 8:54 AM
**To:** 'Cassondra Emanuel' <Cassondra.Emanuel@brockandscott.com>
**Cc:** 'Andrew Spivack' <Andrew.Spivack@brockandscott.com>
**Subject:** RE: BK Case #21-12675-amc / Larry E. Robinson / Notice of Default

Good evening,

1

This office has filed a response to the COD.

On behalf of the Debtor, I am requesting a post stipulation payment history. The post stipulation payments commenced with the July 2022 payment. Thanks.

Yours,
Michael D. Sayles

---

**From:** Cassondra Emanuel <Cassondra.Emanuel@brockandscott.com>
**Sent:** Tuesday, December 13, 2022 9:41 AM
**To:** Michael D. Sayles, Esq. <midusa1@comcast.net>
**Subject:** BK Case #21-12675-amc / Larry E. Robinson / Notice of Default
**Importance:** High

Hi,

Please see attached Notice of Default. The letter has been mailed to the Debtor via U.S. Mail.

The expiration to cure the default is: **12/23/2022**

Thank you,


**Cassondra Emanuel**
Legal Assistant
Bankruptcy



Brock & Scott, PLLC
4360 Chamblee Dunwoody Road, Ste 310
Atlanta, GA 30341
Ph: 844-856-6646
Cassondra.Emanuel@brockandscott.com

Any escalation requests please send to Bankruptcy.Management@brockandscott.com


**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

2

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.



ROSEMARIE DIAMOND
ADMITTED IN PENNSYLVANIA,
NEW JERSEY

JAY JONES
ADMITTED IN PENNSYLVANIA,
NEW JERSEY

THOMAS E. BROCK
ADMITTED IN NORTH CAROLINA

GREGORY A. SCOTT
ADMITTED IN NORTH CAROLINA

**2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406**
ConsumerContact@brockandscott.com
(844) 856-6646 Consumer Hotline
www.brockandscott.com

Matthew Fissel, Esquire
Bankruptcy Attorney

December 13, 2022

SENT VIA REGULAR MAIL AND E-MAILED TO:
Michael D. Sayles, Esquire
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027
Email: midusa1@comcast.net

RE: LARRY E. ROBINSON
   Bankruptcy No. 21-12675-amc
   8007 New Second Street, Elkins Park, PA 19027
   Loan ending in ███

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on June 22, 2022.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of November 1, 2022 through December 1, 2022 in the amount of $1,529.97 each, less Debtor's suspense in the amount of $1,237.87. In order to cure this default, it will be necessary for your client to remit $1,822.07, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

Your client's payment to cure this default should be remitted to:

Nationstar Mortgage LLC
NATIONSTAR MORTGAGE, LLC
PO BOX 619094
DALLAS, TX 75261-9741

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Bankruptcy Dept.
Brock and Scott, PLLC

cc: LARRY E. ROBINSON
 Nationstar Mortgage LLC

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU: ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>LARRY E. ROBINSON<br>  Debtor | Case No. 21-12675-amc |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>  Movant | Chapter 13 |
| vs.<br>LARRY E. ROBINSON<br>  Respondents | 11 U.S.C. §362 |

### STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY

It is hereby stipulated by and between Brock & Scott, PLLC, counsel for the Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, and Michael D. Sayles, Esquire, counsel for the Debtor, as follows:

1. The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. This Stipulation pertains to the property located at 8007 New Second Street, Glenside, PA 19027, mortgage account ending with "4425".

3. The parties agree that the total post-petition arrearage consists of five (5) monthly payments for the months of February, 2022 through June, 2022 at $1,560.72 each, legal fees in the amount of $850.00, court costs in the amount of $188.00, less suspense in the amount of $1,342.12, resulting in the total post-petition arrearage amount of $7,499.48.

4. Within ten (10) days from the date that this stipulation is approved by the Court, Debtor agrees to amend the Chapter 13 Plan to include the aforementioned post-petition delinquency in the amount of $7,499.48. The parties agree that the Movant may file a Notice of Post-Petition Fees, Charges and Expenses as a supplement to the filed Proof of Claim for the above-stated amount and that same shall be deemed approved upon entry of the Order approving this Stipulation.

5. The parties agree that the allowed total secured claim of Movant for pre-petition arrearages in the amount of $30,065.21 and post-petition supplement in the amount of $7,499.48 will be paid, in full, through the Amended Chapter 13 Plan.

       The total delinquency to be paid to Movant through the Chapter 13 Plan is $37,564.69.

6. Debtor agrees to remain current post-petition from this day forward. Beginning July 1, 2022 in the amount of $1,560.72, all subsequent monthly payments and late charges shall be due in accordance with the terms of the Mortgage. All payments made pursuant to this Stipulation shall be by certified check or money order payable to **MR. COOPER, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER BANKRUPTCY DEPARTMENT, PO BOX 619094, DALLAS, TX 75261-9741.**

7. If Debtor provide sufficient proof (front and back copies of checks or money orders) of payments made, but not already credited, the account will be adjusted accordingly.

8. Should the Debtor fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than fifteen (15) days late, Movant may send Debtor and counsel, if applicable, a written Notice of Default of this Stipulation. If the default is not cured within ten (10) days of the date of the Notice, Movant shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay under §362, waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001(a)(3) so that the Relief Order is immediately effective and enforceable.

9. In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor fail to bring the loan contractually current, Movant shall send Debtor and counsel a written Notice of Default of this Stipulation. If the default is not cured within ten (10) days of the date of the Notice, Movant shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay under §362, and waiving Rule 4001(a)(3) so that the Relief Order is immediately effective and enforceable.

10. Debtor's tendering of a check to Mr. Cooper, which is subsequently returned due to insufficient funds in the account upon which the check is drawn, shall not constitute payment as the term is used in this Stipulation.

11. The parties stipulate that Movant shall be permitted to communicate with the Debtor and Debtor's Counsel to the extent necessary to comply with applicable non-bankruptcy law.

12. The parties agree that a facsimile signature shall be considered an original signature.

Dated: June 3, 2022                             /s/ Andrew Spivack
                                                Andrew Spivack, Esquire
                                                Attorney for Movant


                                                *Michael D. Sayles*
                                                ──────────────────────
                                                Michael D. Sayles, Esquire
                                                Attorney for Debtor


                                                /s/ Jack Miller
                                                ──────────────────────
                                                Kenneth E. West, Esquire
                                                Trustee

                                                **no objection to its terms, without
                                                prejudice to any of our rights and remedies