**Andrew Spivack**

| | |
|---|---|
| **From:** | Andrew Spivack |
| **Sent:** | Thursday, June 29, 2023 6:50 PM |
| **To:** | Michael D. Sayles, Esq. |
| **Cc:** | Cassondra Emanuel |
| **Subject:** | RE: BK Case #21-12675-amc | Larry Robinson | Certification of Default - Hearing 6/27/2023 |
| **Attachments:** | Robinson RPOD - 6-29-2023.pdf; Robinson - Exhibit A.pdf; Robinson - Exhibit B.pdf; Robinson - Exhibit C.pdf; Robinson - Exhibit D.pdf; Robinson Request for Admission - 6-29-2023.pdf |

Hi Michael,

Attached please find our Request for Admissions and Request for Production of Documents

Andrew Spivack
Partner
Bankruptcy
866-519-1889