# Andrew Spivack

| | |
|---|---|
| **From:** | Andrew Spivack |
| **Sent:** | Tuesday, August 15, 2023 9:44 AM |
| **To:** | Michael D. Sayles, Esq. |
| **Cc:** | Cassondra Emanuel |
| **Subject:** | RE: BK Case #21-12675-amc \| Larry Robinson \| Certification of Default - Hearing 6/27/2023 |
| **Attachments:** | RE: BK Case #21-12675-amc \| Larry Robinson \| Certification of Default - Hearing 6/27/2023 |

Mike

I already sent yesterday and I sent them originally by email. According to Bankruptcy Rules no discovery should be filed on the docket

Andrew Spivack
Partner
Bankruptcy
866-519-1889

---

**From:** Michael D. Sayles, Esq. <midusa1@comcast.net>
**Sent:** Tuesday, August 15, 2023 9:36 AM
**To:** Andrew Spivack <Andrew.Spivack@brockandscott.com>
**Subject:** Re: BK Case #21-12675-amc \| Larry Robinson \| Certification of Default - Hearing 6/27/2023

Andy-

Following up yesterday request.
I didn't receive a copy of the RFA or RFD by mail & the documents have not been electronically filed.
Kindly send copies by email of RFA & RFD today. Thanks.

Sincerely,

Mike Sayles

Sent from my iPhone

> On Aug 14, 2023, at 7:41 AM, Michael D. Sayles, Esquire <midusa1@comcast.net> wrote:
>
> Hi Andy-
>
> Could you please send me a copy of the request for admissions & request for production of documents this morning. Thanks.
>
> Thanks,
>
> Mike Sayles

1

**From:** Andrew Spivack <Andrew.Spivack@brockandscott.com>
**Sent:** Friday, August 11, 2023 9:39 AM
**To:** midusa1@comcast.net
**Cc:** Cassondra Emanuel <Cassondra.Emanuel@brockandscott.com>
**Subject:** Re: BK Case #21-12675-amc | Larry Robinson | Certification of Default - Hearing 6/27/2023

Hi Mike

This hearing is coming up -- does your client have the funds to cure the arrears or not?

**Andrew Spivack**
Partner
Bankruptcy

Brock & Scott, PLLC
302 Fellowship Rd Ste 130
Mount Laurel, NJ 08054
Ph: 866-519-1889
Andrew.Spivack@brockandscott.com
Licensed in PA, NJ & MD

**From:** Andrew Spivack <Andrew.Spivack@brockandscott.com>
**Sent:** Wednesday, July 26, 2023 9:41 AM
**To:** midusa1@comcast.net <midusa1@comcast.net>
**Cc:** Cassondra Emanuel <Cassondra.Emanuel@brockandscott.com>
**Subject:** RE: BK Case #21-12675-amc | Larry Robinson | Certification of Default - Hearing 6/27/2023

Hi Mike

Sorry I am away until Monday.  The issue here is that the debtor is delinquent so I want to know does the debtor have the funds to cure.  My client isn't going to do another stip on a stip so the debtor needs to cure or we have to press.  Please let me know does the debtor have the funds to cure the arrears

Andrew Spivack
Partner
Bankruptcy
866-519-1889

**From:** Michael D. Sayles, Esq. <midusa1@comcast.net>
**Sent:** Tuesday, July 25, 2023 4:43 PM
**To:** Andrew Spivack <Andrew.Spivack@brockandscott.com>
**Subject:** RE: BK Case #21-12675-amc | Larry Robinson | Certification of Default - Hearing 6/27/2023

Hi Andrew,

Attached, please find monthly mortgage statements from July 2022 to June 2023. I like to review these invoices with you before the request for admissions & documents is due next week. Please advise.

2

Sincerely,

Michael Sayles

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any

unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**A limited liability company formed in the State of North Carolina**

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**A limited liability company formed in the State of North Carolina**

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**A limited liability company formed in the State of North Carolina**

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**A limited liability company formed in the State of North Carolina**

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**A limited liability company formed in the State of North Carolina**

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**A limited liability company formed in the State of North Carolina**

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**A limited liability company formed in the State of North Carolina**

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.

**Serving AL, CT, FL, GA, KY, ME, MA, MD, MI, NH, NC, NJ, OH, PA, RI, SC, TN, TX, VT and VA**

**FDCPA: This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**CONFIDENTIALITY NOTICE:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**A limited liability company formed in the State of North Carolina**

To opt out of future electronic communication from Brock & Scott, PLLC please click here to submit your request and have your email address removed from our records.