**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>LARRY E. ROBINSON<br>    Debtor | Case No. 21-12675-amc<br><br>Chapter 13 |
| Nationstar Mortgage LLC,<br>    Movant | |
| vs.<br>LARRY E. ROBINSON<br>    Respondent | 11 U.S.C. §362 |

**ORDER MODIFYING SECTION §362 AUTOMATIC STAY**

Upon consideration of the Movant of Nationstar Mortgage LLC (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 8007 New Second Street, Elkins Park, PA 19027 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Nationstar Mortgage LLC may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

Date: August 22, 2023

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

LARRY E. ROBINSON
8007 NEW SECOND STREET
ELKINS PARK, PA 19027

Michael D. Sayles, Debtor's Attorney
427 West Cheltenham Avenue
Suite #2
Elkins Park, PA 19027
midusa1@comcast.net


KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107