United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12675-amc

Larry E. Robinson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry E. Robinson, 8007 New Second Street, Elkins Park, PA 19027-2716 |
| cr | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400 Philadelphia, PA 19103-2945 |
| 14644960 | + | Franklin Mint FCU, c/o Klehr/Harrison,Harvey, Branzburg LLP, Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400 Philadelphia, PA 19103-2945 |
| 14645079 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14644181 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Kristen D.Little, Esq., 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14682621 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd. Charlotte, NC 28217-3983 |
| 14639743 | + | Shapiro & Denardo, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2023 01:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2023 01:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Oct 04 2023 01:27:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2023 05:03:06 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14652605 | | Email/Text: bnc@atlasacq.com | Oct 04 2023 01:27:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14639729 | | Email/Text: ally@ebn.phinsolutions.com | Oct 04 2023 01:27:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14641722 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2023 03:01:15 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14647411 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2023 03:00:39 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14639730 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2023 05:03:03 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14639731 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2023 05:03:03 | Credit One Bank, PO Box 80015, Los Angeles, CA 90080-0015 |
| 14639732 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Oct 04 2023 01:27:00 | Franklin Mint Federal Credit Union, 1974 Sproul |

Case 21-12675-amc   Doc 122   Filed 10/05/23   Entered 10/06/23 00:34:37   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Suite 300, Broomall, PA 19008-3402 |
| 14639733 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org Oct 04 2023 01:27:00 | | Franklin Mint Federal Credit Union, PO Box 1907, Media, PA 19063 |
| 14639734 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org Oct 04 2023 01:27:00 | | Franklin Mint Federal Credit union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 14639735 | + | Email/Text: bankruptcy@marinerfinance.com Oct 04 2023 01:27:00 | | Mariner Finance LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14639736 | | Email/Text: nsm_bk_notices@mrcooper.com Oct 04 2023 01:27:00 | | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 14682622 | + | Email/Text: nsm_bk_notices@mrcooper.com Oct 04 2023 01:27:00 | | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14639738 | | Email/Text: nsm_bk_notices@mrcooper.com Oct 04 2023 01:27:00 | | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14805602 | ^ | MEBN Oct 04 2023 01:06:23 | | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14639737 | + | Email/Text: nsm_bk_notices@mrcooper.com Oct 04 2023 01:27:00 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14639739 | ^ | MEBN Oct 04 2023 01:06:21 | | Novad Management Consulting, LLC, 2401 N.W. 23rd Street, Suite 1 A1, Oklahoma City, OK 73107-2448 |
| 14648603 | + | Email/Text: bankruptcygroup@peco-energy.com Oct 04 2023 01:27:00 | | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14639742 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2023 04:31:57 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-0914 |
| 14639741 | + | Email/Text: bankruptcygroup@peco-energy.com Oct 04 2023 01:27:00 | | Peco, Bankruptcy Group, 100 Constitution Avenue, 2nd floor, Upper Darby, PA 19082-2230 |
| 14639740 | + | Email/Text: bankruptcygroup@peco-energy.com Oct 04 2023 01:27:00 | | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14654785 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Oct 04 2023 03:01:16 | | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3380 |
| 14639744 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Oct 04 2023 03:01:16 | | US Department of Housing & Urban Develop, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14653179 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14651595 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 33 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:**

**Name**  **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

CORINNE SAMLER BRENNAN
    on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com;nyackle@klehr.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM

MARIBETH THOMAS
    on behalf of Creditor Ally Capital c/o AIS Portfolio Services, LP MTHOMAS@tuckerlaw.com, ecotterill@tuckerlaw.com;mstafford@tuckerlaw.com

MARIBETH THOMAS
    on behalf of Creditor Ally Capital MTHOMAS@tuckerlaw.com ecotterill@tuckerlaw.com;mstafford@tuckerlaw.com

MARK A. CRONIN
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

MICHAEL D. SAYLES
    on behalf of Debtor Larry E. Robinson midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REGINA COHEN
    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| LARRY E. ROBINSON, | : | |
| Debtor(s) | : | Bky. No. 21-12675-AMC |

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: October 3, 2023

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE