UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Larry Robinson**                )        Chapter 13
                                                          )
                                                          )
                                                          )
Debtor                                  )
                                                                                        Bankruptcy No.:  **21-12675\amc**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES was served by Electronic Means & UNITED STATES, FIRST CLASS MAIL, POSTAGE PREPAID, this **6**th day of **October 2023.**

Kenneth West, Esquire
PO Box 40837
Reading, PA 19107

**All creditors listed on the attached mailing matrix.**

By: \s\ **Michael D. Sayles, Esquire**
      Michael D. Sayles, Esquire