## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Larry Robinson**                    )        Chapter 13
                                              )
                                              )
        Debtor                                )
                                              )        Bankruptcy No.: **21-12675\pmm**

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

|                                       |            |
|---------------------------------------|------------|
| Total fee award:                      | $4,250.00  |
| Amounts already paid by Debtor:       | $500.00    |
| Net amount to be paid by Trustee:     | **$3,750.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: November 9, 2023                    _____
                                                    Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

Kenneth West, Esquire
PO Box 40837
Philadelphia, PA 19107