**Fill in this information to identify the case:**

Debtor 1  LARRY E. ROBINSON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 21-12675-amc

## Official Form 410S2

### Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC            **Court claim no**. (if known): 3

**Last four digits** of any number you use to identify the debtor's account: 4425

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 10/05/2022

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | 04/03/2023: Drafting Affidavit of Default | (3) | $ 200.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1    <u>LARRY E. ROBINSON</u>
        First Name     Middle Name     Last Name

Case number *(if known)* <u>21-12675-amc</u>

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ <u>/s/Andrew Spivack</u>
   Signature

Date <u>06/19/2023</u>

**Print:** <u>**Andrew Spivack (84439)**</u>
       First Name    Middle Name    Last Name

Title <u>Attorney</u>

Company <u>Brock & Scott, PLLC</u>

Address <u>3825 Forrestgate Dr.</u>
       Number        Street

<u>Winston-Salem, NC 27103</u>
   City     State    ZIP Code

Contact phone <u>844-856-6646</u>

Email <u>PABKR@brockandscott.com</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>LARRY E. ROBINSON<br><br>Nationstar Mortgage LLC,<br><br>    Movant<br><br>vs.<br><br>LARRY E. ROBINSON ,<br>    Debtor | Case No. 21-12675-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

MICHAEL D. SAYLES, Debtor's Attorney
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027
midusa1@comcast.net

KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Via First Class Mail:

LARRY E. ROBINSON
8007 NEW SECOND STREET
ELKINS PARK, PA 19027

Date: June 19, 2023

                                                */s/Andrew Spivack*
                                                Andrew Spivack, PA Bar No. 84439
                                                Matt Fissel, PA Bar No. 314567
                                                Mario Hanyon, PA Bar No. 203993
                                                Ryan Starks, PA Bar No. 330002
                                                Jay Jones, PA Bar No. 86657
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                3825 Forrestgate Drive
                                                Winston Salem, NC 27103
                                                Telephone: (844) 856-6646
                                                Facsimile: (704) 369-0760
                                                E-Mail: PABKR@brockandscott.com